**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



# ORDER

| | |
|---|---|
| Appellate case name: | Karl J. Lyons v. Terry David Ortego and Donna Hall Ortego, individually and d/b/a D&D Supply |
| Appellate case number: | 01-17-00092-CV |
| Trial court case number: | 2014-31125 |
| Trial court: | 281st District Court of Harris County |
| Date motion filed: | October 29, 2018 |
| Party filing motion: | Appellees |

Appellees Terry David Ortego and Donna Hall Ortego, individually and d/b/a D&D Supply, filed a motion for rehearing of this court's August 23, 2018 opinion. The court requests a response to this motion. The response is **due** on or before **Monday, December 3, 2018**.

It is so **ORDERED**.


Judge's signature:    */s/ Michael Massengale*

Panel consists of:    Chief Justice Radack and Justices Massengale and Brown


Date:  November 2, 2018